# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | : <br> : <br> : Case No. <br> : <br> : <br> : <br> : <br> : |

# ORDER

At Wilmington, this 15th day of October 2020;

Upon consideration of the *Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings filed by Eni S.p.A. ("Eni"), the Memorandum in Support of *Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings, and the Declaration of Nicolas Bourtin and exhibits attached thereto, and for good cause shown,

IT IS HEREBY ORDERED that the Application of Eni is **GRANTED** and Eni is authorized, pursuant to 28 U.S.C. § 1782 and Rules 26, 30 and 45 of the Federal Rules of Civil Procedure, to serve Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC (collectively, "Respondents") with narrowly tailored subpoenas for production of documents and Rule 30(b)(6) deposition testimony regarding (1) the identities of Respondents' beneficial owners and/or ultimate stakeholders; (2) Respondents' relationship to current or former Federal Republic of Nigeria officials; and (3) any contractual and/or financial arrangements that Respondents have entered into with respect to proceedings

relating to a Nigerian oil prospecting license known as OPL 245. The deadline for Respondents to comply with the subpoena shall be thirty days from service of the subpoena.

IT IS FURTHER ORDERED that Respondents shall preserve relevant documents in their possession, custody or control.

The Honorable Maryellen Noreika
United States District Judge