# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 1:20-mc-00334-MN |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of David E. Ross of the law firm Ross Aronstam & Moritz LLP, 100 S. West Street, Suite 400, Wilmington, Delaware 19801, as counsel for Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (Bar No. 5228)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com

*Counsel for Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC*

Dated: November 18, 2020