IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 1:20-mc-00334-MN |

## RESPONDENTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC, state that all entities are a limited liability company. Drumcliffe Partners I LLC and Drumcliffe Partners II LLC are single-purpose vehicles beneficially owned by Drumcliffe Partners III LLC and Drumcliffe Partners III SMA1, LLC. Poplar Falls LLC is beneficially owned by Drumcliffe Partners IV LLC. No publicly-held corporation owns 10% or more of its stock.

ROSS ARONSTAM & MORITZ LLP

 /s/ David E. Ross
David E. Ross (#5228)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
dross@ramllp.com

*Counsel for Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC*

Dated: November 18, 2020