**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

**MOTION TO VACATE ORDER PERMITTING DISCOVERY, TO QUASH OR MODIFY SUBPOENAS, AND/OR FOR PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 45(d) and 60, and for the reasons set forth in the accompanying Memorandum of Law, its concurrently-filed supporting declarations, and the exhibits attached thereto, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC respectfully move to vacate the Court's October 15, 2020 Order, D.I. 8 (the "Section 1782 Order"). Respondents move to vacate the Section 1782 Order granting the *ex parte* application of Eni S.p.A. ("Eni") for leave to obtain discovery for use in foreign proceeding in order to quash or modify the subpoenas Eni issued on October 20, 2020, or, in the alternative, Respondents request the Court issue a protective order limiting the scope of the subpoenas and the use and disclosure of any materials the Court requires be produced.

The undersigned certifies that Respondents met and conferred with counsel for Eni about this motion on November 17, 2020. The parties were unable to reach agreement, and Eni intends to oppose the motion.

Dated: November 18, 2020   Respectfully submitted,

/s/ David E. Ross
David E. Ross (#5228)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
Tel.: (302) 576-1600
Email: dross@ramllp.com

*Counsel for Respondents*