# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

## [PROPOSED] ORDER GRANTING RESPONDENTS' MOTION TO VACATE ORDER PERMITTING DISCOVERY, TO QUASH OR MODIFY SUBPOENAS, AND/OR FOR PROTECTIVE ORDER

WHEREAS, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC in the above-captioned action, having moved to vacate the Court's October 15, 2020 Order, filed November 18, 2020 ("Motion To Vacate") and quash Eni's subpoenas to Respondents, and, in the alternative, to modify the subpoenas to narrow their scope, and issue a protective order limiting the use and disclosure of any materials the Court requires be produced, pursuant to Federal Rules of Civil Procedure 45(d) and 60; and the Court having duly considered Respondents' Motion to Vacate, and any response thereto:

IT IS HEREBY ORDERED that Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for Protective Order is granted.

**IT IS SO ORDERED** this ____ day of _____, 2020.

_____
Hon. Maryellen Noreika
U.S. District Court Judge