IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

**RESPONDENTS' UNOPPOSED MOTION TO FILE UNDER SEAL**

Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC (collectively, "Respondents"), by and through their undersigned counsel, respectfully move the Court for leave to seal an exhibit to their forthcoming reply brief in support of their Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or For Protective Order ("Motion"), filed concurrently herewith.  Specifically, Respondents seek to file under seal (a) a September 14, 2020 Request for Arbitration (the "Demand"), filed with the International Center of Settlement of Investment Disputes ("ICSID"), and (b) those portions of Respondent's forthcoming reply brief that quote or paraphrase that document.  Respondent has conferred with counsel for Eni S.p.A. ("Eni") about this motion, and Eni consents to it.

Eni relies on the existence and contents of the Demand in its October 6, 2020 *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave To Obtain Discovery for Use in Foreign Proceedings, D.I. 1, and its accompanying memorandum of law, D.I. 2 ("Mem.") (collectively, the "Application").  *See* D.I. 1 at 1; D.I. 2 at 12.  Eni claims that it seeks discovery from Respondents for use in the ICSID arbitration, and that any evidence of an "unusual

arrangement funding the FRN's litigation efforts" is likely to support their claims in that proceeding. *See* Mem. at 12. In order to evaluate those claims, Respondents requested that Eni provide Respondents with a copy of the Demand, and Eni agreed on the condition that Respondent agreed to a series of conditions, including that "[n]o Respondent will file the Demand with the Court unless it is filed under seal." *See* D.I. 12, Email from Beth Newton (Eni) to David Ross Drumcliffe (Nov. 4, 2020).[1] Eni further stated that "Eni seeks adherence to these terms because the Demand is currently the subject of a non-public arbitration proceeding." *See id.* Respondents had no choice but to agree to those conditions.

As noted in Respondents' Motion to Vacate, certain portions of the Demand are not consistent with Eni's account of the events underlying the Application, and, if included in the Application, would have undermined the conspiracy theory Eni cites as the basis for seeking discovery from Respondents. Respondents could not attach the Demand as an exhibit, however, or quote or paraphrase it in their motion, because of Eni's requirement that it be filed under seal. Respondents therefore request, for Eni's stated reason that the Demand is currently the subject of a non-public arbitration proceeding, and for any additional reasons Eni may wish to provide to the Court in response to this motion, that the Court grant them leave to file the Demand under seal as an exhibit to their forthcoming reply brief, and also to file under seal an unredacted copy of the reply brief. Respondents would then file redacted versions within seven days after the sealed documents have been listed on the docket. Respondents also would not oppose any request by Eni to file a sur-reply limited to addressing these specific passages in the reply brief.

---

[1] Exhibit 10 to Respondents' Memorandum of Law in Support of Its Motion to Vacate Order Permitting Discovery, To Quash or Modify Subpoenas, and/or for Protective Order, D.I. 12.

Dated: November 18, 2020                                  Respectfully submitted,

                                                    */s/ David E. Ross*
                                                    David E. Ross (#5228)
                                                    ROSS ARONSTAM & MORITZ LLP
                                                    100 S. West Street, Suite 400
                                                    Wilmington, DE 19801
                                                    Tel.: (302) 576-1600
                                                    Email: dross@ramllp.com

                                                    *Counsel for Respondents*