## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

## [PROPOSED] ORDER GRANTING RESPONDENTS'
## MOTION TO SEAL

WHEREAS, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC in the above-captioned action, having moved to seal a confidential document, filed November 18, 2020 ("Motion To Seal"), pursuant to Federal Rules of Civil Procedure 45(d) and 60, and the Court having duly considered Respondents' Motion To Seal, and any response thereto:

IT IS HEREBY ORDERED that Respondents' Motion To Seal is granted.

**IT IS SO ORDERED** this _____ day of _____, 2020.

_____
Hon. Maryellen Noreika
U.S. District Court Judge