# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 1:20-mc-00334-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on November 18, 2020, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC ("Respondents") filed their Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or For Protective Order (the "Motion To Vacate") (D.I. 11);

WHEREAS, Respondents and Petitioner Eni S.p.A., through their undersigned counsel, have met and conferred regarding an extension of time to respond to the Motion to Vacate;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Petitioner's time to respond to the Motion to Vacate is extended until December 7, 2020, and Respondents shall file a reply on or before December 17, 2020.

| | |
|---|---|
| Dated: November 30, 2020 | LANDIS, RATH & COBB LLP |
| | */s/ Rebecca L. Butcher* |
| *Of Counsel*: | Daniel B. Rath (Bar No. 3022) |
| | Rebecca L. Butcher (Bar No. 3816) |
| Nicolas Bourtin | Jennifer L. Cree (Bar No. 5919) |
| Beth D. Newton | 919 Market Street, Suite 1800 |
| Michele C. Materni | Wilmington, Delaware 19801 |
| SULLIVAN & CROMWELL LLP | (302) 467-4400 |
| 125 Broad Street | rath@lrclaw.com |
| New York, New York 10004 | butcher@lrclaw.com |
| (212) 558-4000 | cree@lrclaw.com |
| bourtinn@sullcrom.com | |
| newtonb@sullcrom.com | |
| maternim@sullcrom.com | *Counsel for Applicant Eni S.p.A.* |

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (Bar No. 5228)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com

*Counsel for Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC*

IT IS SO ORDERED this \_\_\_\_ day of _____, 2020.

                                                              Hon. Maryellen Noreika
                                                           U.S. District Court Judge