# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 20-mc-0334-MN |

## SUPPLEMENTAL DECLARATION OF NICOLAS BOURTIN

NICOLAS BOURTIN hereby declares under penalty of perjury as follows:

1. I am a member of the law firm of Sullivan & Cromwell LLP, counsel to Eni S.p.A. in the above-captioned action, and am admitted to the bar of the State of New York.  I am admitted to practice before this Court *pro hac vice* in connection with this action.  I submit this Declaration in opposition to Respondents' motion to vacate this Court's order permitting discovery, D.I. 8 ("Order"), to quash or modify subpoenas, and/or for a protective order.

2. Attached hereto, bearing the following exhibit designations, are true and correct copies of the following documents:

| | |
|---|---|
| Supplemental Declaration of Massimiliano Diodà in Support of Eni S.p.A.'s Memorandum in Opposition to Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or For a Protective Order | Exhibit A |
| Respondents' Omnibus Responses and Objections to Subpoenas, dated November 16, 2020 | Exhibit B |
| *Cascade Investments NV* v. *Republic of Turkey*, ICSID Case No. ARB/18/4, Procedural Order No. 7, 26 March 2020 | Exhibit C |

-2-

| | |
|---|---|
| *Mesa Power Group, LLC* v. *Government of Canada*, UNCITRAL, PCA Case No. 2012-17, Procedural Order No. 3, 28 March 2013 | Exhibit D |
| *Fund for Protection of Investors' Rights in Foreign States* v. *The Republic of Lithuania*, UNCITRAL, Order on the Respondent's Request regarding the Claimant's application pursuant to Section 1782 of 28 U.S.C., 18 December 2019 | Exhibit E |

Dated:  December 7, 2020
        New York, New York

Respectfully submitted,

*/s/ Nicolas Bourtin*
Nicolas Bourtin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000
bourtinn@sullcrom.com

*Counsel for Applicant Eni S.p.A.*