IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

## TRANSMITTAL DECLARATION OF DAVID ROSS

I, David E. Ross, declare:

I am a Partner of the law firm Ross Aronstam & Moritz LLP, counsel for Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC (collectively, "Respondents" or "Drumcliffe"). I submit this declaration in support of Respondents' Reply Memorandum of Law in Support of Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or For Protective Order, filed concurrently herewith.

1. Attached as **Exhibit 11**, hereto, is a true and correct copy of the Request for Arbitration submitted to the International Centre for Settlement of Investment Disputes with the caption *Eni International B.V. et al. v. The Federal Republic of Nigeria*, dated September 14, 2020.

2. Attached as **Exhibit 12**, hereto, is a true and correct copy of the Supplemental Declaration of Manfredi Bontempelli, criminal lawyer in the Court of Milan, dated December 17, 2020.

1

3. Attached as **Exhibit 13** hereto is a true and correct copy of the Memorandum Order in matter of *Elm 3ds Innovations LLC v. Samsung Electronics Co., Ltd.*, Case No. 14-1430 in the Federal District Court for the District of Delaware, entered on November 19, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed this 17th day of December, 2020.

/s/ David E. Ross
David E. Ross (Bar #5228)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
Tel.: (302) 576-1600
Email: dross@ramllp.com

*Counsel for Respondents*