# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 20-mc-0334-MN |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Eni S.p.A., by and through its undersigned attorneys, hereby requests that oral argument be held in this action at the Court's convenience on Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for Protective Order, D.I. 11, filed on November 18, 2020.

{W0063803.}

2

| | |
|---|---|
| Dated:  December 28, 2020 | */s/ Jennifer L. Cree*<br>LANDIS, RATH & COBB LLP<br>Daniel B. Rath (No. 3022)<br>Rebecca L. Butcher (No. 3816)<br>Jennifer L. Cree (No. 5919)<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>(302) 467-4400<br>rath@lrclaw.com<br>butcher@lrclaw.com<br>cree@lrclaw.com<br><br> and<br><br>SULLIVAN & CROMWELL LLP<br>Nicolas Bourtin (*pro hac vice*)<br>Beth Newton (*pro hac vice*)<br>Michele Materni (*pro hac vice)*<br>125 Broad Street<br>New York, NY  10004<br>(212) 558-4000<br>bourtinn@sullcrom.com<br>newtonb@sullcrom.com<br>maternim@sullcrom.com<br><br>*Counsel for Applicant Eni S.p.A.* |