## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 20-mc-00334-MN |

## ENI S.P.A.'S UNOPPOSED MOTION FOR LEAVE
## TO FILE SUR-REPLY BRIEF UNDER SEAL

Applicant Eni S.p.A. ("Eni"), by and through its undersigned attorneys, seeks leave to file its forthcoming sur-reply brief (the "Sur-Reply") in opposition to Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for Protective Order, D.I. 11 (the "Motion To Vacate"), under seal pursuant to Federal Rule of Civil Procedure 5.2(d) and the Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware.  In support of this motion, Eni states as follows.

1.      In connection with submitting the Motion to Vacate, Respondents sought leave to file under seal (1) a demand for arbitration filed by Eni on September 14, 2020 with the International Centre for Settlement of Investment Disputes  ("the Demand"); and (2) those portions of Respondents' reply brief that quoted or paraphrased the Demand.  *See* D.I. 14 ("Respondents' Sealing Motion").

2.      On November 19, 2020, the Court granted Respondents' Sealing Motion.  Eni filed its opposition to the Motion to Vacate on December 7, 2020.  *See* D.I. 16.  On December 17, 2020, Respondents filed their reply brief, D.I. 18 (the "Reply"), and the Demand, D.I. 20, under seal.

The Reply asserts arguments regarding allegations in the Demand that were not included in Respondents' opening brief in support of the Motion to Vacate.

3.      On December 23, 2020, Eni filed an unopposed motion for leave to file the Sur-Reply, in order to address the arguments regarding the Demand that Respondents had made for the first time in the Reply.  *See* D.I. 23.  The Court granted that motion on January 4, 2021.  In order to respond fully to Respondents' newly raised contentions in the Reply regarding the Demand, Eni must cite and quote from the Demand in the Sur-Reply.  The Demand is presently under seal, pursuant to the Court's order of November 19, 2020 granting Respondents' Sealing Motion.  Filing the Sur-Reply under seal as well would be consistent with that order.

4.      Pursuant to D. Del. LR 7.1.1, counsel for Eni certify that counsel for Respondents has advised that Respondents do not oppose the relief requested in this motion.

Accordingly, for the foregoing reasons, Eni respectfully requests that the Court grant this motion for leave to file the Sur-Reply under seal and enter the proposed order filed simultaneously herewith.

Dated: January 8, 2021

LANDIS RATH & COBB LLP

*/s/ Jennifer L. Cree*
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington DE  19801
(302) 467-4400 Telephone
(302) 467-4450 Fax
rath@lrclaw.com
butcher@lrclaw.com
cree@lrclaw.com

and

SULLIVAN & CROMWELL LLP
Nicolas Bourtin  (*pro hac vice*)
Beth Newton (*pro hac vice*)
Michele Materni (*pro hac vice*)
125 Broad Street
New York, NY  10004
(212) 558-4000 Telephone
bourtinn@sullcrom.com
newtonb@sullcrom.com
maternim@sullcrom.com

*Counsel for Applicant Eni S.p.A.*