## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 20-mc-00334-MN |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File Sur-Reply Brief Under Seal by Eni S.p.A. ("Motion"),

IT IS HEREBY ORDERED this ___ day of _____ 2021, that the Motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge