## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In Re Ex Parte* Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | Case No. 20-mc-00334-MN |

## **NOTICE OF RELATED PROCEEDING**

LANDIS RATH & COBB LLP
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4400
rath@lrclaw.com
butcher@lrc.law.com
cree@lrclaw.com

SULLIVAN & CROMWELL LLP
Nicolas Bourtin (*pro hac vice*)
Beth Newton (*pro hac vice*)
Michele C. Materni (*pro hac vice*)
125 Broad Street
New York, NY 10004
(212) 558-4000
bourtinn@sullcrom.com
newtonb@sullcrom.com
maternim@sullcrom.com

February 8, 2021                                         *Counsel for Applicant Eni S.p.A*

{W0064094.}

Applicant Eni S.p.A. ("Eni") respectfully submits this Notice of Related Proceeding to advise the Court of a development in the Italian Actions[1] that is relevant to the pending motion before the Court (D.I. 11).

At a hearing on February 3, 2021, the Milan court granted a request by the Milan Public Prosecutor to admit additional evidence in connection with the trial phase of the Italian Actions. Specifically, the Milan Public Prosecutor sought the admission into evidence of documents that it obtained from authorities in the United Kingdom regarding a civil action pending in the High Court of Justice concerning the 2011 OPL 245 transaction. The Milan Public Prosecutor had requested those documents from the relevant U.K. authorities on November 24, 2020; received them on December 23, 2020; and sought their admission at a hearing on January 20, 2021. The Milan court admitted the documents in the Italian Actions on the ground that they were newly obtained and had not previously been available. Attached as Exhibits 1 and 2, respectively, are the minutes from the February 3 hearing and a certified English translation of the portion of the minutes relating to the Milan Prosecutor's evidentiary request.[2]

This decision conclusively refutes Respondents' contention that "the evidence phase is closed" in the Italian Actions and that Eni thus would not be able to use information produced by Respondents in those actions. (Respondents' Reply Memorandum of Law in Support of Motion To Vacate Order Permitting Discovery, To Quash or Modify Subpoenas, and/or for Protective Order, D.I. 18, at 2.) Eni served the Subpoenas on Respondents on October 20, 2020

---

[1] Capitalized terms not defined in this notice have the meanings assigned to them in the memorandum of law filed by Eni in support of its application to this Court for an order under 28 U.S.C. § 1782, *see* D.I. 2.

[2] Eni will provide a complete translation of the hearing minutes at the Court's request.

(well before the Milan Public Prosecutor requested the above-described documents from United Kingdom authorities).  Any documents responsive to the Subpoenas would similarly constitute newly obtained evidence if submitted by Eni in connection with the Italian Actions.  Particularly given that the Milan court is expected to render a verdict in the Italian Actions within approximately the next six weeks, the Milan court's February 3 ruling underscores the urgency of Eni's petition.  Respondents' attempt to run out the clock should be rejected, and the Court should order Respondents to comply promptly with the Subpoenas.

Dated: February 8, 2021                                       LANDIS RATH & COBB LLP

*/s/ Rebecca L. Butcher*
Daniel B. Rath (No. 3022)
Rebecca L. Butcher (No. 3816)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington DE  19801
(302) 467-4400
rath@lrclaw.com
butcher@lrclaw.com
cree@lrclaw.com

and

SULLIVAN & CROMWELL LLP
Nicolas Bourtin  (*pro hac vice*)
Beth Newton (*pro hac vice*)
Michele Materni (*pro hac vice)*
125 Broad Street
New York, NY  10004
(212) 558-4000
bourtinn@sullcrom.com
newtonb@sullcrom.com
maternim@sullcrom.com

*Counsel for Applicant Eni S.p.A.*