# Exhibit 1

N. 1351/18     RG TRIBUNALE

N. 54772/13    RG NR



# TRIBUNALE ORDINARIO DI MILANO
## SEZIONE 7^ PENALE
## VERBALE DI UDIENZA
Artt. 480 e segg. c.p.p.

In data **03-02-2021** alle ore 09:30 in Milano, aula Coral 1, il Tribunale di Milano Sezione VII Penale composto dai Magistrati:

| Dott. | M. TREMOLADA | Presidente |
| --- | --- | --- |
| Dott. | M. GALLINA | Giudice |
| Dott. | A. CARBONI | Giudice |

con l'assistenza dell'assistente giudiziario Dott. Giovanni Decaro che, espressamente autorizzato, si avvale dell'Ausiliario Tecnico della COOP. VERBATIM per la fonoregistrazione del processo in epigrafe indicato nei confronti di SCARONI Paolo + 14

Sono presenti :

**IL PUBBLICO MINISTERO**:

Dott. Fabio De Pasquale

Dott. Sergio Spadaro

**GLI IMPUTATI**:

1. **SCARONI Paolo**, *libero, assente*
   Difeso di fiducia da avv. Enrico de Castiglione, presente.

2. **DESCALZI Claudio**, *libero, assente*
   Difeso di fiducia da avv. Paola Severino, sostituita da avv. Sandro Parziale, presente. Alle ore 10:05 è presente l'avv. Severino.

3. **CASULA Roberto**, *libero, assente*
   Difeso di fiducia da avv. Guido Carlo Alleva, sostituito da avv. Ghetti, presente e da avv. Giuseppe Fornari, presente. E' presente l'avv. Alleva alle ore 09:40.

1

4. **ARMANNA Vincenzo**, *libero, non presente*
   Difeso di fiducia da avv. Angelo Staniscia, sostituito da avv. Schiaffino, presente

5. **PAGANO Ciro Antonio**, *libero, assente*
   Difeso di fiducia da avv. Federica Rinaldini, presente

6. **AGAEV Ednan Tofik Ogly**, *libero, non presente*
   Difeso di fiducia da avv. Francesco D'Alessandro, presente

7. **BISIGNANI Luigi**, libero, assente
   Difeso di fiducia da avv. Domenico Franchini, sostituito da avv. Secci, presente. E' presente l'avv. Franchini alle ore 09:37

8. **FALCIONI Gianfranco**, *libero, assente*
   Difeso di fiducia da avv. Gian Filippo Schiaffino, presente

9. **ETETE Dan**, *libero, assente*
   Difeso di fiducia da avv. Antonio Secci, presente

10. **BRINDED Malcolm**, *libero, assente*
    Difeso di fiducia da avv. Marco Calleri e da avv. Andrea Rossetti, entrambi presenti

11. **COLEGATE Guy Jonathan**, *libero, assente*
    Difeso di fiducia da avv. Giuseppe Bianchi, presente

12. **COPLESTON De Carteret John**, *libero, assente*
    Difeso di fiducia da avv. Giuseppe Bianchi, presente

13. **ROBINSON Peter**, *libero, assente*
    Difeso di fiducia da avv. Chiara Padovani, sostituita da avv. Giulia Angiolini, come da nomina che deposita, presente

14. **ENI S.p.A.**, presente il procuratore speciale
    Difeso di fiducia da avv. Nerio Diodà, presente

15. **ROYAL DUTCH SHELL PLC**, non presente
    Difeso di fiducia da avv. Bruno Lorenzo Cova, presente e da avv. Francesco Mucciarelli, sostituito da avv. Mazzola, presente

**PARTE CIVILE:**
1. **Repubblica Federale di Nigeria,** assente
   Difesa di fiducia da avv. Lucio Lucia, presente.

**RESPONSABILI CIVILI :**
1. **Royal Dutch Shell,** non presente
   Difeso di fiducia da avv. Francesco Mucciarelli, sostituito da avv. Mazzola, presente

2. **Eni S.p.A**, assente
   Difeso di fiducia da avv. Nerio Diodà, presente

3. **Shell Petroleum Development Company of Nigeria Ltd**, assente,
   Difeso di fiducia da avv. Francesco Mucciarelli, sostituito da avv. Mazzola, presente

4. **Shell UK Ltd,** assente
   Difeso di fiducia da avv. Francesco Mucciarelli, sostituito da avv. Mazzola, presente

5. **Shell Exploration and Production Africa Ltd,** assente
   Difeso di fiducia da avv. Francesco Mucciarelli, sostituito da avv. Mazzola, presente

Sono presenti per la pratica forense il dott. Luca Bresciani e la dott.ssa Claudia Pantè.

Le parti nulla eccepiscono in merito al rispetto del protocollo sanitario e delle misure in atto volte a prevenire il contagio da Covid-19.

Si da atto che sono presenti in aula operatori di Sky TG24 che sta effettuando un servizio sulla Giustizia a seguito dell'emergenza Covid ed ha chiesto di riprendere questa udienza.

Le parti prestano il consenso alle riprese.

Il Tribunale, atteso il consenso, autorizza le riprese dell'udienza, considerato l'interesse pubblico del processo.

**Il Tribunale,** sentite le parti, ritenute condivisibili le prospettazioni ed argomentazioni dedotte dal Pubblico Ministero in tema di novità ed i conseguenti parametri giuridici, acquisisce i documenti prodotti all'esito della scorsa udienza del 20 Gennaio 2021 dal Pubblico Ministero e per l'effetto dispone che le parti hanno la possibilità, ove lo ritengano, di integrare, modificare o lasciare inalterate le proprie conclusioni.

L'integrazione della discussione potrà essere svolta in relazione ai documenti nuovi prodotti dal Pubblico Ministero, secondo l'ordine già concordato alla scorsa udienza.

**Il Tribunale invita il Pubblico Ministero ad intervenire per eventuale integrazione delle conclusioni e repliche.**

Interviene il Pubblico Ministero.

Si procede come da verbale di trascrizioni.

Il PM produce foglio n. 284 della memoria già depositata trattandosi di pagina che per refuso non era stata inserita nella memoria.

Il Tribunale nulla opponendo le altre parti acquisisce.

Il Tribunale, in relazione al deposito di eventuali memorie, invita le difese a depositarle entro la prossima udienza del 24-2-21 al fine di consentire al Tribunale di esaminarle in vista dell'udienza programmata per la camera di consiglio.

La difesa di parte civile chiede di poter intervenire all'odierna udienza.

Il Tribunale sospende brevemente l'udienza. Alle ore 11:30 si riprende l'udienza.

**Il Tribunale invita la difesa di parte civile ad intervenire per eventuale integrazione delle conclusioni e repliche.**

Interviene l'avv. Lucia per la difesa di parte civile

Si procede come da verbale di trascrizioni.

Il Tribunale chiede alle parti se vi è qualche difesa che può anticipare il proprio intervento all'odierna udienza.

Nessuna difesa è disponibile ad anticipare il proprio intervento.

**Il Tribunale rinvia il processo all'udienza già programmata del <u>24 Febbraio 2021, ore 09:00, aula Coral 1</u> per eventuale discussione suppletiva delle difese in relazione alle nuove produzioni e repliche, secondo l'ordine concordato dalle difese stesse o secondo quello indicato nel decreto.**

Udienza chiusa alle ore 11:50

Verbale chiuso e presentato al presidente per il visto
Milano, 03 Febbraio 2021

ASSISTENTE GIUDIZIARIO
dr. Giovanni DECARO

Il Presidente
Dott. Marco Tremolada

3