# Exhibit 2



STATE OF NEW YORK          )
                           )
                           )
                           )
COUNTY OF NEW YORK         )    ss

## CERTIFICATION

This is to certify that the attached translation is to the best of my knowledge and belief a true and accurate translation from Italian into English of the attached Excerpt of the minutes of the Milan Court trial hearing dated February 3, 2021.

Edward J. Jacob
Divergent Language Solutions, LLC

State of New York
County of New York
Subscribed to and sworn before me this 8th day of February, 2021,
by Edward J. Jacob.

Notary Public

MATTHEW C. ZELAK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01ZE6350239
Qualified in Kings County
Commission Expires   November 7, 2024



183 Madison Avenue, Suite 416 | New York, NY 10016 | p 917.979.4513 | f 415.525.4313
600 California Street, 11th Floor | San Francisco, CA 94108 | p 415.400.4538 | f 415.525.4313
divergent@divergentls.com | www.divergentls.com

Unofficial Translation

[…]



# ORDINARY COURT OF MILAN

## CRIMINAL SECTION VII

## HEARING MINUTES

Pursuant to Art. 480 *et seq.*, Italian Code of Criminal Procedure

On **February 3, 2021** at 9:30 AM in Milan, in the Coral 1 courtroom, the Court of Milan, Criminal Section VII, composed of the following judges:

        **The Hon. M. Tremolada**    **Presiding Judge**

        **The Hon. M. Gallina**       **Judge**

        **The Hon. A. Carboni**      **Judge**

with the support of the judicial assistant Mr. Giovanni Decaro, who, upon express authorization, has engaged the technician from Coop. Verbatim to make a sound recording of the proceeding indicated in the header against Paolo Scaroni + 14 others.

[…]

Unofficial Translation

[…]

[…]

2

Unofficial Translation

[…]

**The Court**, after having heard the parties, agrees with the prosecutor's submissions and arguments concerning the issue of novelty and the ensuing legal requirements, and consequently admits the evidence produced by the prosecutor at the last hearing on January 20, 2021, and further grants the defendants the possibility (if they so wish) to supplement, amend, or leave their own conclusions and arguments unchanged.

The oral arguments may be supplemented in relation to the new documents produced by the prosecution according to the order already agreed to at the last hearing.

[…]

The hearing was closed at 11:50 AM.

The minutes were completed and presented to the Presiding Judge for his signature.

Milan, February 3, 2021

        [signature]

        THE JUDICIAL ASSISTANT

        Mr. Giovanni Decaro

        The Presiding Judge

        The Hon. Marco Tremolada