# LANDIS RATH & COBB LLP
### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher  
Direct Dial: (302) 467-4415  
Email: butcher@lrclaw.com

Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

March 10, 2021

*Via ECF*

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re: *In re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, Case No. 20-mc-00334-MN

Dear Judge Noreika:

I write on behalf of Eni S.p.A. in the above-referenced action regarding Eni's motion requesting expedited consideration of Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for a Protective Order, D.I. 11.

Eni is mindful of the unprecedented burdens placed on the Court by the COVID-19 pandemic, but respectfully requests the expedited treatment of Respondents' motion for the reasons set forth in the motion. *See* D.I. 31.

We appreciate the Court's attention to this matter.

Respectfully,

*/s/ Rebecca L. Butcher*

Rebecca L. Butcher

cc: All counsel of record (via ECF)

{W0064324.}