# LANDIS RATH & COBB LLP
### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: (302) 467-4415
Email: butcher@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

March 17, 2021

<u>Via ECF</u>

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re: *In re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings*, Case No. 20-mc-00334-MN

Dear Judge Noreika:

      On behalf of Applicant Eni S.p.A., I write to inform the Court of a development relevant to Eni's pending Motion To Expedite the Court's Consideration of Respondents' Motion To Vacate Order Permitting Discovery, To Quash or Modify Subpoenas, and/or for a Protective Order, D.I. 31 (the "Motion To Expedite"). Today, the Milan court handed down a verdict in the Italian Actions, acquitting Eni and all other defendants of all charges. Eni intends to file with the Court a notice appending a transcript of the ruling, along with an English translation, as soon as the transcript becomes available.

      Eni apprises the Court of this development in advance of that filing because the exigency described in the Motion to Expedite has passed in light of the Milan court's ruling. Therefore, a ruling within the timeframe described in the Motion To Expedite is no longer necessary in order to forestall prejudice to Eni in the trial phase of the Italian Actions. Eni still respectfully seeks a resolution of Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for a Protective Order, D.I. 11, because the discovery Eni seeks will be useful in the International Arbitration and any appeal in the Italian Actions, as described in Eni's prior briefing. *See* Memorandum in Opposition to Respondents' Motion to Vacate Order Permitting Discovery, to Quash or Modify Subpoenas, and/or for a Protective Order, D.I. 16.

{W0064387.}

*The Honorable Maryellen Noreika*
*March 17, 2021*
*Page 2*

        We appreciate the Court's attention to this matter.

        Respectfully,

        */s/ Rebecca L. Butcher*

        Rebecca L. Butcher

cc:    All counsel of record (via ECF)

{W0064387.}