# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

## RESPONDENTS' MOTION FOR REARGUMENT AND/OR RECONSIDERATION, FOR A PROTECTIVE ORDER, AND FOR A STAY

Pursuant to Local Rule 7.1.5 and Federal Rules of Civil Procedure 59(e), 60(b), and for the reasons set forth in the concurrently-filed Memorandum of Law, its supporting declarations, and the exhibits attached thereto, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC respectfully move for reargument and/or reconsideration of the Court's March 19, 2021 Order (D.I. 36), for a protective order, and for a stay.

The undersigned certifies that Respondents met and conferred with counsel for Applicant Eni S.p.A. ("Eni") about this Motion on March 24 and 31, 2021. In addition, the undersigned certifies that the underlying motion giving rise to the March 19, 2021 Order was the subject of additional meet and confer sessions, as detailed in that motion. The Parties were unable to reach agreement, and Eni intends to oppose this Motion.

Respectfully submitted,

/s/ David E. Ross
David E. Ross (#5228)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com

Dated: April 5, 2021                           *Counsel for Respondents*