IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

**[PROPOSED] ORDER GRANTING MOTION FOR
REARGUMENT AND/OR RECONSIDERATION AND FOR A STAY**

WHEREAS, Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, Drumcliffe Partners IV LLC, and Drumcliffe Partners IV SMA1, LLC ("Respondents"), having moved the Court to reconsider its March 19 Order (D.I. 37) partially denying Respondents' motion to vacate or enter a stay on discovery, and

WHEREAS, the Court having considered the Motion, as well as any opposition thereto, reply in support thereof, and argument concerning the same,

IT IS HEREBY ORDERED this _____ day of _____, 2021, that:

1. The Motion for Reconsideration is **GRANTED.**

2. The subpoenas issued by Petitioner Eni S.p.A. ("Eni") are limited to seeking discovery from Drumcliffe Partners IV LLC.

3. With respect to Respondents Poplar Falls, LLC, Drumcliffe Partners I LLC, Drumcliffe Partners II LLC, Drumcliffe Partners III LLC, Drumcliffe Partners III SMA I, LLC, and Drumcliffe Partners IV SMA1, LLC, the March 19 Order is **STAYED** pending further order of this Court.

**IT IS SO ORDERED** this ____ day of _____, 2021.

                                                Hon. Maryellen Noreika
                                                U.S. District Court Judge