IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re Ex Parte Application of Eni S.p.A. for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | C.A. No. 20-mc-00334-MN |

**RESPONDENTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR EXPEDITED CONSIDERATION OF RESPONDENTS' MOTION FOR A STAY**

Respondents respectfully submit this reply in support of their Motion for Expedited Consideration of Respondents' Motion for a Stay (D.I. 40).

Eni S.p.A. ("Eni") does not oppose Respondents' request for expedited consideration of its pending motion to stay, and the Court should grant that request. *See* Response to Motion to Expedite Consideration at 1 (D.I. 42). The remainder of Eni's six-page response improperly rehashes the arguments made in its pending Motion for Sanctions for Respondents' Violation of the Court's March 19 Order (D.I. 44), which have no bearing on whether the Court should expedite its consideration of Respondents' motion. Rather than burden the Court by responding yet again to Eni's meritless arguments, Respondents incorporate by reference their Memorandum of Law in Opposition to Eni's Motion for Sanctions (D.I. 47).

Respectfully submitted,

/s/ David E. Ross
David E. Ross (#5228)
ROSS ARONSTAM & MORITZ LLP
100 South West Street, Suite 400
Wilmington, Delaware 19801
Tel.: (302) 576-1600
Email: dross@ramllp.com

Dated: May 3, 2021

*Counsel for Respondents*